UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

NICO WISDOM,

                                        Plaintiff,

            -against-                                10 CV 5876 (NGG) (MDG)

UNDERCOVER POLICE OFFICER # C0127,
DETECTIVE ALEX ROSARIO, shield # 9072,
DETECTIVE MARK HOLDER, shield # 4311,

                                        Defendants.

------------------------------------------------------------------------ x

## NOTICE OF PLAINTIFF'S SECOND MOTION *IN LIMINE*

      Please take notice that, upon plaintiff's memorandum of law, dated May 25, 2012, and all prior proceedings had herein, plaintiff shall move this Court, before the Honorable Nicholas G. Garaufis, on a date to be designated by the Court, for an order granting plaintiff's second motion *in limine* and granting such other and further relief as the Court deems just and proper. Pursuant to Judge Garaufis' Individual Rules, any opposition to plaintiff's motion is due in five days.

DATED: May 25, 2012

                                                                    /s/

                                                            _____

                                                            RICHARD CARDINALE
                                                           Attorney for Plaintiff
                                                           26 Court Street, Suite 1815
                                                          Brooklyn, New York 11242
                                                          (718) 624-9391

                        IZABEL OLSZOWA GARCIA
                        Attorney for Plaintiff
                        26 Court Street, Suite 1815
                        Brooklyn, New York 11242
                        (718) 624-9391
                        (646) 239-4330

To:  Diep Nguyen, Esq.
      Attorney for Defendants
      NYC Law Department
      100 Church Street
      New York, NY 10007